IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE JAMAL TINNEY,

    Petitioner,                    No. CIV S-09-1106 KJM P

    vs.

BEN CURRY,                            <u>ORDER AND</u>

    Respondent.                <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed for petitioner's failure to keep the court apprised of his current address. <u>See</u> Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within sixty days after being served with these findings and recommendations, petitioner may file written

1

1 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
3 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4 F.2d 1153 (9th Cir. 1991).
5 DATED: November 24, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
tinn1106.133a